Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>  Plaintiff,<br><br> vs.<br><br>DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER, et al.,<br><br>  Defendants. | No. 4:24-cv-00644-HSG<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF DEADLINE FOR JOINT SITE INSPECTION UNDER GENERAL ORDER 56; ORDER** |

**WHEREAS,** this action alleges claims under Title III of the ADA and parallel California law and is therefore subject to this Court's General Order 56;

**WHEREAS**, General Order 56 requires that the parties conduct a joint site inspection of the subject premises no later than 60 days after service of the complaint;

**WHEREAS**, the complaint in this matter was served on March 31, 2024 (Dkt. 11 and 12), and therefore the deadline for the joint site inspection is currently May 29, 2024;

**WHEREAS,** Plaintiff Francisca Moralez ("Plaintiff") and Defendants, Diamond Ridge Post Acute LLC and SMV Pittsburg LLC (collectively "Defendants," and together with Plaintiff, "the Parties") have now agreed to conduct the joint site inspection on June 12, 2024 beginning at 8:00 a.m.;

**NOW, THEREFORE,** the Parties hereby stipulate and request that the deadline for the joint site inspection required under General Order 56 and this Court's Scheduling Order be extended to June 12, 2024.

**IT IS SO STIPULATED.**

Dated: May 29, 2024					MOORE LAW FIRM, P.C.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorney for Plaintiff,
						Francisca Moralez

Dated: May 29, 2024					PLEISS SITAR MCGRATH GATES & AJELLO

						*/s/ Laura K. Sitar*
						Laura K. Sitar
						Attorneys for Defendants,
						Diamond Ridge Post Acute LLC and SMV Pittsburg LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorney for Plaintiff,
						Francisca Moralez

**ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the joint site inspection required by this Court's Scheduling Order and General Order 56 shall be extended to June 12, 2024.

**IT IS FURTHER ORDERED** that the Parties shall conduct the joint site inspection on June 12, 2024 commencing at 8:00 a.m.

**IT IS SO ORDERED**.

Dated:   5/30/2024

_Haywood S. Gilliam Jr._
United States District Judge