PLEISS SITAR MCGRATH GATES & AJELLO
E-Mail: service@pleisslaw.com
Laura K. Sitar, State Bar No. 195806
E-Mail: lsitar@pleisslaw.com
2875 Michelle Drive, Suite 150
Irvine, CA 92606
Tel: 949.788.1790
Fax: 949.788.1799

Attorneys for Defendants, DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER; and SMV PITTSBURG LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER; SMV PITTSBURG LLC;<br><br>    Defendants. | Case No: 4:24-cv-00644-HSG<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. HAYWOOD S. GILLIAM, JR.<br><br>**STIPULATION RE: MEDIATION CUTOFF DATE; ORDER**<br><br>Action Filed: February 2, 2024<br>Trial Date:   None |

The parties to this action, through their respective counsel, hereby stipulate and agree to the following.

**AVERMENTS**

WHEREAS, on July 24, 2024, Defendants, DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER; and SMV PITTSBURG LLC ("Defendants"), and Plaintiff, FRANCISCA MORALEZ (Plaintiff) filed a Notice of Need for Mediation and Certification of Counsel with the instant Court.

WHEREAS, in light of the aforementioned Notice, this Court appointed a Mediator, Frances S. Kaminer, Esq., on August 7, 2024. Counsel was ordered to set the date of the mediation session within the deadlines set by ADR L.R. 6-4 and the cutoff date for the parties to schedule mediation was calculated to be October 22, 2024.

1  WHEREAS the parties have attempted to schedule mediation of the above-captioned matter before the October 22, 2024 deadline but have been unable to do so. Defendants are not available until after October 7, 2024, and the Mediator assigned to the matter, Frances Kaminer, Esq., is not available from October 8, 2024 through October 24, 2024. The first available date for which all parties are available for mediation is October 29, 2024, seven days beyond the October 22, 2024 cutoff date.

WHEREAS the parties and mediator have scheduled mediation to occur on October 29, 2024 pending approval of the Court to extend the mediation cutoff date.

WHEREAS the parties do not object to the rescheduling of the mediation cutoff date to a date subsequent to October 22, 2024.

WHEREAS the parties agree in the interests of justice and professional courtesy to request the Court to extend the mediation cutoff date and jointly request that the Court continue certain mediation-related dates.

### **STIPULATION**

THEREFORE, based on the foregoing facts, the parties hereby stipulate the relevant mediation completion date shall be extended as follows to allow mediation to be rescheduled:

Mediation completion deadline will be extended from October 22, 2024, through October 29, 2024.

Dated: September 27, 2024

RESPECTFULLY SUBMITTED,

PLEISS SITAR MCGRATH GATES & AJELLO

By: /s/ Laura Sitar

LAURA K. SITAR
Attorneys for Defendants, DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER; and SMV PITTSBURG LLC

Dated: Sepember 27, 2024          MOORE LAW FIRM

By: /s/ Tanya E. Moore
    TANYA E. MOORE
    Attorneys for Plaintiff FRANCISCA MORALEZ

## **ORDER**

Based on the stipulation of the parties, and good cause having been shown, it is the ORDER of this Court that the following date is continued:

The mediation completion deadline herein will be continued from October 22, 2024 to 10/29/2024.

Dated: 9/27/2024

                        JUDGE OF THE DISTRICT COURT