PLEISS SITAR MCGRATH GATES & AJELLO
E-Mail: service@pleisslaw.com
Laura K. Sitar, State Bar No. 195806
E-Mail: lsitar@pleisslaw.com
2875 Michelle Drive, Suite 150
Irvine, CA 92606
Tel: 949.788.1790
Fax: 949.788.1799

Attorneys for Defendants, DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER; and SMV PITTSBURG LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER; SMV PITTSBURG LLC;<br><br>        Defendants. | Case No: 4:24-cv-00644-HSG<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. HAYWOOD S. GILLIAM, JR.<br><br>**JOINT STATUS REPORT RE STIPULATION OF DISMISSAL**<br><br>Action Filed: February 2, 2024<br>Trial Date:    None |

Pursuant to the Court's Order of January 2, 2025, the following is the Joint Status Report re Stipulation of Dismissal in the above-captioned matter.

The settlement agreement and release between Plaintiff, FRANCISCA MORALEZ ("Plaintiff") and Defendant, DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER ("DIAMOND RIDGE") was finalized and signed by DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER, and timely payment was made to Plaintiff.

The settlement also includes numerous facility renovations that are to be completed by September 30, 2025. DIAMOND RIDGE POST ACUTE LLC dba DIAMOND RIDGE HEALTHCARE CENTER is responsible for the renovations set forth in the settlement

1

1  agreement. Defendants are currently finalizing an Addendum to the settlement agreement and
2  release between themselves regarding the aforementioned renovations and once finalized the
3  settlement agreement will be fully executed.  The parties will submit a Stipulation of Dismissal.
4  The parties anticipate that a Stipulation of Dismissal should be filed in this matter by February
5  1, 2025.

                                                                                                                                                                                                                                                                               RESPECTFULLY SUBMITTED,

7  Dated:  January 8, 2025                      PLEISS SITAR MCGRATH GATES & AJELLO

9                                                        By:  *Laura Sitar*
10                                                       LAURA K. SITAR
                                                      Attorneys for Defendants, DIAMOND
11                                                       RIDGE POST ACUTE LLC dba DIAMOND
                                                      RIDGE HEALTHCARE CENTER; and
12                                                       SMV PITTSBURG LLC

13 Dated:  January 8, 2025                      MOORE LAW FIRM

15                                                       By: /s/ Tanya E. Moore
                                                           TANYA E. MOORE
16                                                            Attorneys for Plaintiff FRANCISCA MORALEZ