1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  1900 Camden Avenue, Suite 101
   San Jose, California 95124
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com
           service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Francisca Moralez

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 FRANCISCA MORALEZ,                    )  No. 4:24-cv-00644-HSG
                                         )
12              Plaintiff,               )  **STIPULATION FOR DISMISSAL OF**
           vs.                           )  **ENTIRE ACTION**
13                                       )
                                         )
14 DIAMOND RIDGE POST ACUTE LLC dba      )
   DIAMOND RIDGE HEALTHCARE              )
15 CENTER, et al.,                       )
                                         )
16              Defendants.              )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20 _____)

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Diamond Ridge Post Acute LLC dba Diamond Ridge Healthcare Center and SMV Pittsburg LLC ("Defendants"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: January 31, 2025                                MOORE LAW FIRM, P.C.

                                                       /s/ Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Francisca Moralez

Dated: January 31, 2025                                PLEISS SITAR McGRATH GATES & AJELLO

                                                       /s/ Laura K. Sitar
                                                       Laura K. Sitar
                                                       Attorney for Defendants,
                                                       Diamond Ridge Post Acute LLC dba Diamond
                                                       Ridge Healthcare Center and SMV Pittsburg LLC

## ATTESTATION

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                       /s/ Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Francisca Moralez